# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00207-CV

**Ronald B. Hines and Sara R. Hines, Appellants**

**v.**

**Kenneth M. Aylor, Edna Cheatham and KRE Realty
a/k/a Kingsland Real Estate, Appellees**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD DISTRICT
### NO. 14,359, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Ronald B. Hines and Sara R. Hines no longer wish to pursue their appeal and have filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices B.A. Smith, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   August 15, 2006